The PEOPLE of the State of Colorado, Petitioner,

v.

Alva Allen HARRISON, Respondent.

No. 89SC147.

Supreme Court of Colorado, En Banc.

May 2, 1990.

ORDER OF COURT

Upon consideration of the Record on Appeal, together with the Written arguments of counsel, and being sufficiently advised in the premises,

IT IS ORDERED that the Writ of Certiorari is DENIED as having been improvidently granted.